UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-108-RJC
(3:13-cr-263-RJC-4)

| | |
|---|---|
| RASHON DONTE HUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | 60-DAY ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Motion under 28, United States Code, Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, (Doc. No. 1).

## I. Initial Screening

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds: (1) the petition has been signed under penalty of perjury, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255; (2) that Petitioner has provided indicia that the petition was timely filed; and (3) Petitioner has asserted a colorable claim for relief cognizable under § 2255(a). Upon consideration of the motion and the record of prior proceedings, the Court determines that the United States Attorney shall file a response to Petitioner's allegations. Id. The Court will direct that the United States file an Answer or other responsive pleading in this case within sixty (60) days of entry of this Order.

**IT IS, THEREFORE, ORDERED** that:

1. No later than sixty (60) days from entry of this Order, the United States Attorney shall

1

file an Answer or other responsive pleading to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence.

Robert J. Conrad, Jr.
United States District Judge