UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-108-RJC
(3:13-cr-263-RJC-4)

| | |
|---|---|
| RASHON DONTE HUNTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

UPON MOTION of the Government, (Doc. No. 3), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of Petitioner's direct appeal,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 3), is **GRANTED**. The Government shall file its response within 45 days of the date the decision in United States v. Hunter, No. 15-4768, is issued.

Signed: May 9, 2016

Robert J. Conrad, Jr.
United States District Judge